133 So.2d 704

Robert J. KING

v.

CITY OF BIRMINGHAM.

6 Div. 799.

Court of Appeals of Alabama.

May 30, 1961.

Rehearing Denied June 20, 1961.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr., and J. Richmond Pearson, Birmingham, for appellant.

Watts E. Davis and Wm. C. Walker, Birmingham, for appellee.

CATES, Judge.

Affirmed on authority of Gober v. City of Birmingham, ante, p. 313, 133 So.2d 697.

139 So.2d 118

Frank J. LINDSAY

v.

STATE.

6 Div. 846.

Court of Appeals of Alabama.

Sept. 15, 1961.

Rehearing Denied Sept. 29, 1961.

Geo. E. Trawick, Birmingham, for petitioner.

MacDonald Gallion, Atty. Gen., for respondent.

CATES, Judge.

Petition denied.

Petition for certiorari dismissed by Supreme Court, 273 Ala. 325, 139 So.2d 119 (6 Div. 798).

148 So.2d 659

Ex parte James H. MOODY

6 Div. 888

Court of Appeals of Alabama.

June 5, 1962.

James H. Moody, pro se.

MacDonald Gallion, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for the State.

JOHNSON, Judge.

Petition dismissed.

Certiorari denied by Supreme Court, 148 So.2d 659.

148 So.2d 659

James H. MOODY

v.

STATE

3 Div. 115.

Court of Appeals of Alabama.

May 8, 1962.

Rehearing Denied June 5, 1962.

James H. Moody, pro se.

MacDonald Gallion, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., for the State.

PRICE, Judge.

Affirmed on authority of Griffin v. State, 258 Ala. 557, 63 So.2d 682; Argo v. State, ante, p. 347, 133 So.2d 201.